I am authorized to state that Justice Ingram joins in this dissent.

## 32028. STATE OF GEORGIA v. K. G. W.

PER CURIAM.

After full consideration of this case, it appears that the application for writ of certiorari was improvidently granted and accordingly is dismissed.

*Dismissed. Nichols, C. J., Undercofler, P. J., Jordan, Hall and Hill, JJ., concur. Ingram, J., dissents.*

ARGUED MARCH 15, 1977 — DECIDED APRIL 6, 1977.

*William Morgan Akin, Special District Attorney,* for appellant.

*Chance, Maddox & Jones, Ronald F. Chance, Willis, Catts & Ford, Austin E. Catts,* for appellee.